AO 106 (Rev. 04/10) Application for a Search Warrant                    Approved: /s/ Drew E. Davis 05/08/2025

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. MJ-25-298-SM
A BLUE TCL CELLPHONE, IMEI UNKNOWN, SEIZED )
FROM JAMES JERMAINE HENNESY AND )
CURRENTLY LOCATED IN THE WESTERN DISTRICT )
OF OKLAHOMA. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and to Distribute Controlled Substances |
| 21 U.S.C. § 846 | Drug Conspiracy |
| 18 U.S.C. §§ 922(a)(6) & 2 | Aiding and Abetting a False Statement During the Purchase of a Firearm |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms |

The application is based on these facts:
See attached Affidavit, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Bryce Loesing, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 9, 2025

*Judge's signature*

City and state: Oklahoma City, Oklahoma     Suzanne Mitchell, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| A Blue TCL Cellphone, IMEI Unknown, seized from James Jermaine HENNESY and currently located in the Western District of Oklahoma. | Case No. M-25- 298 -SM |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Bryce Loesing, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since May of 2022. Prior to my employment with ATF, I was employed by the Wichita Police Department for approximately 8 years. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy and am currently assigned to the Oklahoma City Group II Field Office. As a Special Agent with ATF, I investigate violations of federal law, including violations of the Gun Control Act of 1968, as amended (Title 18, United States Code, Sections 921 *et seq.*), and explosives, arson, alcohol, and tobacco laws. As a federal agent, I am authorized to investigate violations of United States laws, including violations of Title 21, United States Code, Sections 841(a)(1) and 846, and to execute warrants under the authority of the United States.

2. I am currently investigating **James Jermaine HENNESY** **(HENNESY) (DOB: XX/XX/1990)** and Sammie Maria JOHNSON

1

(JOHNSON) (DOB: XX/XX/1975) for, *inter alia,* conspiring to make a false statement during the purchase of firearms in violation of 18 U.S.C. §§ 922(a)(6) and 371, felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1), and possession of controlled substances with intent to distribute and drug conspiracy in violation of 21 U.S.C. §§ 841(a)(1) and 846. I am submitting this Affidavit in support of a search warrant authorizing a search of **HENNESY's** cellular telephone: an unknown model, blue TCL phone, phone number +1 Unknown, IMEI# Unknown (hereinafter **SUBJECT PHONE**), as further described in **Attachment A**, which is incorporated into this Affidavit by reference. The **SUBJECT PHONE** is currently in law enforcement possession in the Western District of Oklahoma. I am submitting this Affidavit in support of a search warrant authorizing a search of the **SUBJECT PHONE** for the items specified in **Attachment B** hereto, wherever they may be found, and to seize all items in **Attachment B** as instrumentalities, fruits, and evidence of the aforementioned crime.

3.     Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me regarding this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a search warrant. The information contained in this Affidavit is based upon my personal knowledge and observation, my training and experience,

2

conversations with witnesses and other law enforcement officers, and my review of documents and records.

## PROBABLE CAUSE

4. On December 17, 2024, I conducted an interview with the owner of a federal firearms licensee (FFL) in the Oklahoma City area. The FFL owner provided me ATF 4473 Forms that were completed by JOHNSON on October 20, 2024, for three (3) Barrett 82A1 .50BMG rifles. Documentation showed that those rifles were transferred to JOHNSON on October 23, 2024.

5. Screenshots from the FFL's video security system on October 23, 2024, showed a black male, later identified by JOHNSON as **HENNESY**, with JOHNSON at the FFL picking up the rifles.

6. Criminal history records confirmed that **HENNESY** had been convicted of multiple felonies prior to October 20, 2024, and was therefore prohibited from possessing and/or purchasing firearms.

7. Based on my training and experience, I am aware that Barrett 82A1 .50BMG rifles frequently cost between approximately $8,000.00 and $10,000.00, and are regularly sought by Mexican cartels.

8. On January 13, 2025, a District 21 Drug and Violent Crime Task Force Interdiction agent conducted a traffic stop on a white Lexus sedan with Oklahoma license plate QBL908. **HENNESY** and Racheal JOSEPH were the only occupants of the vehicle, which contained approximately 5.81 kilograms

3

of cocaine. Both **HENNESY** and **JOSEPH** were arrested—**HENNESY** is currently in federal custody at the Payne County Jail. The **SUBJECT PHONE** was seized by law enforcement and taken into the custody of Homeland Security Investigations (HSI) agents.

9.   On January 16, 2025, I interviewed **JOHNSON** as part of my firearm-related investigation. **JOHNSON** advised she purchased three (3) Barrett 82A1 rifles for **HENNESY** from the previously identified FFL. **JOHNSON** stated that she took custody of the Barrett rifles and turned them over to **HENNESY** on October 23, 2024. **HENNESY** was present with **JOHNSON** at the FFL and provided **JOHNSON** with approximately $30,000 in cash to pay for the firearms. Communication between **JOHNSON** and **HENNESY** to facilitate the purchase of the firearms was done in person, by phone calls, and text messages. **JOHNSON** allowed agents to take a video recording of her text message thread with **HENNESY** at phone number +1 (405) 919-3975. **JOHNSON** stated **HENNESY** disconnected phone number +1 (405) 919-3975 shortly after he received the firearms. **JOHNSON** did not have an updated phone number for **HENNESY**.

10.   Based on my training and experience, I am aware that individuals prohibited from possessing firearms and involved in trafficking firearms often use straw purchasers to acquire firearms on their behalf to conceal their

4

identities from law enforcement. These individuals frequently change phones, and/or phone numbers to evade detection by law enforcement.

11. On February 5, 2025, United States Magistrate Judge Chris M. Stephens issued a search warrant for the **SUBJECT PHONE** to search for evidence of violations of 21 U.S.C. §§ 841(a)(1) and 846 involving **HENNESY** and JOSEPH. This search warrant did not authorize the seizure of materials constituting evidence of firearm-related offenses as the affiant was an HSI Special Agent specifically investigating **HENNESY** for drug offenses. Investigators with HSI previously completed a forensic download of the **SUBJECT PHONE**—to my knowledge, that forensic download of the **SUBJECT PHONE** has stayed within the possession of HSI.

12. Based on my training and experience, individuals involved in trafficking drugs and firearms commonly use cellphones to plan and coordinate purchases and deliveries of drugs and firearms with other co-conspirators.

13. Based on my training and experience, I know that cellphones and their associated memory cards commonly contain electronically stored information which constitutes evidence, fruits, and instrumentalities of drug and firearm offenses including, but not limited to, the phone directory and/or contacts list, calendar, text messages, messages via applications, e-mail messages, call logs, photographs, and videos.

## CONCLUSION

Based on the above information, I submit that there is probable cause to believe that violations of 18 U.S.C. §§ 922(a)(6) and 371, 18 U.S.C. § 922(g)(1), and 21 U.S.C. §§ 841(a)(1) and 846 have occurred, and that evidence, fruits, and instrumentalities of these offenses are located on the **SUBJECT PHONE**. Therefore, I respectfully request that this Court issue a search warrant for the **SUBJECT PHONE**, described in **Attachment A**, authorizing the seizure of the items described in **Attachment B**.

Respectfully submitted,

_____
BRYCE LOESING
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

SUBSCRIBED AND SWORN to before me this 9th day of May 2025.

_____
SUZANNE MITCHELL
United States Magistrate Judge

## ATTACHMENT A

The property to be searched is a TLC cellular telephone, phone number unknown, IMEI unknown, seized from **James Jermaine HENNESY** (**SUBJECT PHONE**). The **SUBJECT PHONE** is currently in the possession of Homeland Security Investigations (HSI) agents in Oklahoma City within the Western District of Oklahoma.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, ATF may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

Photos of the **SUBJECT PHONE** are below:

 

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. All records on the **SUBJECT PHONE**, described in Attachment A, that relate to violations of 18 U.S.C. §§ 922(a)(6) and 371, 18 U.S.C. § 922(g)(1), and 21 U.S.C. §§ 841(a)(1) and 846 that involve **HENNESY**, including:

   a. any information recording **HENNESY**'s schedule or travel;

   b. all communications between **HENNESY** and Sammie JOHNSON;

   c. lists of customers and co-conspirators, and related identifying information including images and videos;

   d. records of communications with customers or co-conspirators, whether such communications be a telephone call, text message (e.g., SMS or MMS), instant message, audio message, video message, or communication through an application stored on the phone;

   e. images or videos of firearms or drugs;

   f. images or videos of stolen items;

   g. records detailing the types, quantity, and prices of firearms that were purchased by straw purchasers and/or trafficked as well as dates, places, and amounts of specific transactions;

   h. records detailing the types, amounts, or prices of drugs trafficked, as well as dates, places, and amounts of specific transactions;

   i. any information related to the sources of firearms, including: names, addresses, phone numbers, or any other identifying information;

   j. any information related to the sources of drugs, including names, addresses, phone numbers, or any other identifying information;

    k. any audio recordings, pictures, video recordings, or still-captured images on the **SUBJECT PHONE** related to the purchase, sale, transportation, storage, or distribution of firearms and controlled substances or the collection, transfer, or laundering of firearm trafficking and drug proceeds;

    l. all bank records, checks, credit card bills, account information, and other financial records;

    m. all records, including internet usage history, related to firearm and drug trafficking, including package tracking, electronic or internet mail communications, and electronic payment receipts;

    n. any location data related to the acquisition, transportation, or distribution of firearms and controlled substances;

    o. evidence of user attribution showing who used or owned the **SUBJECT PHONE** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

        1. records of Internet Protocol addresses used;

        2. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

        3. photographs, logs, phonebooks, saved usernames and passwords, and documents;

    p. contextual information necessary to understand the evidence described in the attachment.

As used above, the terms "records" and "information" include all the foregoing items of evidence in whatever form and by whatever means they may have been created or stored on the **SUBJECT PHONE**.